```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEE YANG, ) | 1:04-cv-06674 REC DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's confidential letter brief be extended from June 13, 2005 to July 13, 2005.

//
//
//
//
//
//
//

1

1  This is defendant's first request for an extension of time
2  to respond to plaintiff's confidential letter brief.  Defendant
3  needs to further review the file and prepare a response in this
4  matter.

5                                    Respectfully submitted,

6

7  Dated: June 20, 2005              /s/ Gina M. Fazio
                                     (As authorized via facsimile)
8                                    GINA M. FAZIO
                                     Attorney for Plaintiff
9

10

11 Dated: June 20, 2005              McGREGOR W. SCOTT
                                     United States Attorney
12

13
                                     /s/ Kimberly A. Gaab
14                                   KIMBERLY A. GAAB
                                     Assistant U.S. Attorney
15

16

17 IT IS SO ORDERED.

18 **Dated:   June 22, 2005**                **/s/ Dennis L. Beck**
   3c0hj8                            UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

                                    2