```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6
 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                        EASTERN DISTRICT OF CALIFORNIA
 9
10  YEE YANG,                        )   1:04-cv-06674 REC DLB
                                     )
11             Plaintiff,            )
                                     )   STIPULATION AND ORDER
12       v.                          )   FOR REMAND PURSUANT TO
                                     )   SENTENCE FOUR OF 42 U.S.C.
13  JO ANNE B. BARNHART,             )   § 405(g), and
    Commissioner of Social           )
14  Security,                        )   REQUEST FOR ENTRY OF JUDGMENT
                                     )
15             Defendant.            )
    _____)
16
```

17       IT IS HEREBY STIPULATED, by and between the parties, through

18  their respective counsel of record, that this action be remanded to

19  the Commissioner of Social Security for further administrative

20  action pursuant to section 205(g) of the Social Security Act, as

21  amended, 42 U.S.C. § 405(g), sentence four.

22       On remand, the Appeals Council will direct an ALJ to take the

23  following action:

24       1. Further evaluate the opinion of Maximo Parayno, M.D.,

25  including his opinion about the claimant's mental functional

26  capacity (Tr. 224-226; Exhibit 4F/2-4);

27       2. Further evaluate the claimant's credibility, including her

28  activities of daily living;

   3.   Further evaluate the claimant's longitudinal mental health history (including the records in the prior file); and,

   4.   Evaluate the third party statement in Exhibit 1E.

   5.   The ALJ and/or the Appeals Council may take any additional action deemed appropriate to develop the record and issue a new decision.

                                       Respectfully submitted,


Dated: July 6, 2005              /s/Gina M. Fazio
                                 (As authorized via facsimile)
                                 GINA M. FAZIO
                                 Attorney for Plaintiff


Dated: July 7, 2005              McGREGOR W. SCOTT
                                 United States Attorney



                                 /s/ Kimberly A. Gaab
                                 KIMBERLY A. GAAB
                                 Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   July 11, 2005**                **/s/ Dennis L. Beck**
3c0hj8                           UNITED STATES MAGISTRATE JUDGE